ORDERED in the Southern District of Florida on Oct. 7, 2008



_____
Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                               )  CASE NO.   05-40414-BKC-RAM
                                     )  CHAPTER    7
IRANQUIS DEL RIO,                    )
                                     )
            Debtor.                  )
_____)

## ORDER GRANTING MOTION
## FOR RELEASE OF UNCLAIMED FUNDS

The Court conducted a hearing on October 7, 2008, on the Debtor's Motion for Release of Funds. The funds at issue, $1,570.64, were deposited into the court registry for the benefit of Ford Motor Credit Company "Ford"). The Debtor's Motion assets that Ford has no claim to these funds. Ford received notice of this Court's September 23, 2008 Order setting the October 7th hearing. Ford has not filed any claim to these funds and did not appear at the October 7th hearing. Therefore, it is –

**ORDERED** as follows:

1. The Debtor's Motion for Release of Funds is granted.

2. The sum of $1,570.64, presently held in the treasury for Ford Motor Credit Company shall be paid to the Debtor, Iranquis Del Rio, 5400 N.W. 159th St., Apt. #225, Miami Lakes, FL 33014.

###

COPIES TO:

Iraqis Del Rio
5400 NW 159th St., Apt. 225
Miami Lakes, FL 33014

Ford Motor Credit Company
c/o Kenneth M. Jones, Esq.
MOODY, JONES & MONTEFUSCO, P.A.
1333 S. University Drive
Plantation, FL 33324

Patrick L. Cordero, Esq.
198 NW 37th Ave.
Miami, FL 33125

Drew M. Dillworth, Trustee
2200 Museum Tower
150 West Flagler Street
Miami, FL 33130